VENABLE, BAETJER AND HOWARD, LLP
*Including professional corporations*

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978
(410) 244-7400, Fax (410) 244-7742
www.venable.com

OFFICES IN
MARYLAND
WASHINGTON, D.C.
VIRGINIA

# VENABLE
ATTORNEYS AT LAW

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 FEB 14 A 11: 44

Writer's Direct Number:
(703) 760-1927
wtravell@venable.com

February 13, 2002

**VIA HAND DELIVERY**

The Honorable Benson Everett Legg
United States District Court for Maryland
101 Lombard Street
Baltimore, Maryland 21202

Re: Am-Liner East, Inc. v. Interplastic Corporation, et al.
Civil Action No. L-01-3229

Dear Judge Legg:

The parties are in receipt of the Scheduling Order in the above-referenced matter. Mr. Scott, counsel for Defendants, and I have attempted to confer by telephone, but Mr. Scott is on travel and is not expected to return until the first of next week. This shall serve as a joint request by counsel for the parties to enlarge the date by which the parties may file their Initial Reports due on February 14, 2002, and to make a request for any other changes to the Schedule Order, to February 21, 2002.

Please have your law clerk call Mr. Scott and me if the Court has any questions.

Sincerely,

Wayne G. Travell

WGT:ned
cc: Robert E. Scott, Jr., Esquire (via facsimile)
Mr. Mel Willett (via facsimile)

APPROVED THIS 13TH DAY OF February, 2002

BENSON EVERETT LEGG, U.S.D.J.

MC1\DOCS1\101913.01
035177-176447